JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378 -- __In re The Department of Energy Stripper Well Exemption Litigation__

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 79/02/06 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- Plaintiff Union Oil Company of California (A-1 through A-19) Suggested Transferee District: District of Kansas  Suggested Judge: Judge Theis |
| 79/02/20 | | HEARING ORDER -- Setting motion of Union Oil for transfer of actions to the District of Kansas for hearing on March 23, 1979 in San Francisco, Calif.  Notified involved counsel, clerks and judges. |
| 79/02/21 | 2 | RESPONSE (to Pldg. #1) -- Energy Reserve Group, Inc. w/Brief and cert of svc. |
| 79/02/21 | 3 | RESPONSE (to Pldg. #1) -- Exxon Corp. w/cert of svc. |
| 79/02/22 | | REQUEST FOR EXTENSION OF TIME TO FILE -- Department of Energy -- GRANTED TO DOE until March 1, 1979 |
| 79/02/22 | 4 | RESPONSE (to Pldg. #1) -- Continental Oil Co. w/cert. of svc. |
| 79/02/23 | 5 | RESPONSE (to Pldg. #1) -- Coastal Gas Corp., Coastal States Gas Producing Co., and Gag Producing Enterprises, Inc. |
| 79/02/23 | 6 | WITHDRAWN SEE NO. 3 AND 9 |
| 79/02/26 | 7 | RESPONSE (to Pldg. #1) -- Cities Service Co. and L.B. McCune w/cert. of svc. |
| 79/03/01 | 8 | RESPONSE (to Pldg. #1) -- Department of Energy w/cert. of svc. |
| 79/03/02 | 9 | LETTER -- Exxon Corp. -- dated March 2, 1979 --Signed by David J. Beck -- Withdrawing Pleading No. 6 because it is a duplicate of Pleading No. 3 |
| 79/03/07 | 10 | RESPONSE -- (to Pldg. #1) -- Hunt Oil Co., Ray L. Hunt, Prosper Energy Corp. w/cert. of svc. |
| 79/03/09 | 11 | REPLY -- Union Oil Company of California -- w/cert. of svc. |
| 79/03/07 | | REQUEST FOR LEAVE TO FILE OUT OF TIME (to Pldg. #1) Hunt Oil Company -- Granted |
| 79/03/09 | 12 | RESPONSE -- (to Pldg. #1) -- Phillips Petroleum Co. w/cert. of svc. |

2.

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 79/03/12 | 13 | RESPONSE -- (to Pldg. #1) -- Muskegon Development Co. w/cert. of svc. |
| 79/03/14 | 14 | RESPONSE -- (to Pldg. #1) -- IU International Oil & Gas, Inc. w/cert. of svc. |
| 79/03/19 | 15 | RESPONSE -- (to Pldg. #1) -- Paul B. Fletcher, Sr. and Anadarko Production Co. w/cert. of svc. |
| 79/06/29 | | CONSENT OF TRANSFEREE COURT for Litigation to be transferred to the District of Kansas for assignment to Judge Theis. |
| 79/06/29 | | OPINION AND ORDER (PER CURIAM) transferring 6 actions from Tex., N., 1 action from Cal., C. and 1 action from Dela. to Kan. where 11 actions are pending for assignment to Judge Frank G. Theis pursuant to 28 U.S. C. §1407.  Notified counsel, clerks, judges, publishers and Panel Judges. |
| 79/07/12 | | CONDITIONAL TRANSFER ORDERS FILED TODAY (B-24) Phillips Petroleum Co. v. Department of Energy, D. Dela., C.A. No. 78-371; (B-25) Muskegon Development Co. v. Department of Energy, E.D. Mich., 78-10098; (B-26) Oklahoma Assn. of Energy Consumers and Producers v. Department of Energy, N.D. Okla., 77-C-108-C; (B-27) Paul B. Fletcher, Sr., et al. v. Department of Energy, N.D. Texas, CA3-79-0176; (B-28) Aminoil USA, Inc. v. Department of Energy, S.D.Tex., H-78-1702; (B-29) IU International Oil & Gas, Inc. v. Department of Energy, E.D. Okla., 78-125-C; (B-30) Wood Oil Co., et al. v. Department of Energy, N.D. Okla., C.A. No. 79-0114-C-- Notified involved counsel and judges. |
| 79/07/25 | 16 | NOTICE OF OPPOSITION -- Phillips Petroleum Co. re:  B-24 Phillips Petroleum Co. v. Department of Energy, D. Del., C.A. No. 78-371 |
| 79/07/30 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY--(B-25) Muskegon Development Co. v. Department of Energy, E.D. Mich., 78-10098; (B-26) Oklahoma Ass of Energy Consumers and Producers v. Department of Energy, N.D. Okla., 77-C-108-C; (B-27) Paul B. Fletcher, Sr., et al. v. Department of Energy, N.D. Texas, CA3-79-0176; (B-28) Aminoil USA, Inc. v. Department of Energy, S.D.Tex., H-78-1702; (B-29) IU International Oil & Gas, Inc. v. Department of Energy, E.D. Okla., 78-125-C; (B-30) Wood Oil Co., et al. v. Department of Energy, N.D. Okla., C.A. No. 79-0114-C-- Notified involved counsel and judges. |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378 -- In re The Department of Energy Stripper Well Exemption Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 79/07/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY--(B-31) Will I. Lewis Enterprises, Inc. v. Department of Energy--Notified involved counsel and judges. |
| 79/08/08 | 17 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER w/SUPPORTING BRIEF -- (re: B-24) Phillips Petroleum Co. -- w/cert. of svc. |
| 79/08/10 | | HEARING ORDER Setting the opposition of plaintiff Phillips Petroleum for hearing on September 18, 1979 in Chicago, Illinois. (B-24) Phillips Petroleum Co. v. Department of Energy, D. Dela., C.A. No. 78-371-- Notified involved counsel, clerks and judges. |
| 79/08/16 | | CONDITIONAL TRANSFER ORDER FINAL TODAY--(B-31) Will I. Lewis Enterprises, Inc. v. Department of Energy--Notified involved clerks and judges. |
| 79/09/04 | 18 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER w/SUPPORTING BRIEF -- (re: B-24) Department of Energy -- w/cert. of svc. |
| 79/09/13 | | WAIVERS OF ORAL ARGUMENT -- September 18, 1979 hearing, Chicago, Illinois |
| 79/09/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY--(B-32) Energy Consumers and Producers Assoc Inc. v. Dept of Energy, et al., E.D.Okla., C.A. No. 78-20-C; (B-33) Jimmie Austin, etc. v. Dept. of Energy, E.D. Okla., C.A. No. 79-67--Notified involved counsel and judges. |
| 79/10/01 | | ORDER DENYING TRANSFER OF (B-24) Phillips Petroleum Co. v. Department of Energy, D. Dela., C.A. No. 78-371-- Notified involved counsel, clerks and judges. |
| 79/10/02 | 19 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER w/SUPPORTING BRIEF -- (re: B-32) Energy Consumers and Producers Assoc. Inc. v. Department of Energy, et al., E.D. Okla., 78-20C -- filed by Department of Energy w/cert. of svc. |
| 79/10/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY--(B-33) Jimmie Austin, etc. v. Dept. of Energy, E.D. Okla., C.A. No. 79-67--Notified involved counsel and judges. |
| 79/10/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (B-34) Santa Fe Energy Co. v. Department of Energy of the United States, et al., N.D. Texas, CA3-79-1247-F--Notified counsel, involved judges. |

4

378

| | |
|---|---|
| 79/11/02 | HEARING ORDER Setting opposition of defendant Department of Energy for Hearing on November 28, 1979 in San Diego, California--(B-32) Energy Consumers and Producers Assoc. Inc. v. Dept of Energy, et al., E.D.Okla., C.A. No. 78-20-C --Notified counsel, clerks and involved judges. |
| 79/11/14 | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-34) Santa Fe Energy Co. v. Department of Energy of the United States, et al., N.D. Texas, CA3-79-1247-F--Notified involved clerks and judges. |
| 79/11/21 | CONDITIONAL TRANSFER ORDER FILED TODAY--(B-35) George Anderman, et al. v. U.S. Department of Energy, et al., D. Colorado, C.A. No. 79-1490--Notified involved counsel, and judges |
| 79/12/07 | CONDITIONAL TRANSFER ORDER FINAL TODAY--(B-35) George Anderman, et al. v. U.S. Department of Energy, et al., D. Colorado, C.A. No. 79-1490--Notified involved clerks, and judges |
| 79/12/13 | ORDER VACATING CONDITIONAL TRANSFER ORDER --(B-32) Energy Consumers and Producers Assoc. Inc. v. Dept of Energy, et al., E.D.Okla., C.A. No. 78-20-C --Notified counsel, clerks and involved judges. |
| 79/12/14 | CONDITIONAL TRANSFER ORDER FILED TODAY-- (B-36) Patricia Anne Leonard, et al. v. Department of Energy, N.D. Tex., C.A. No. CA5-79-145 -- Notified involved counsel and judges |
| 80//06/25 | HEARING APPEARANCE -- June 26, 1980 Hearing in Boston, Mass. Charles W. Pauley, Esq. for Ray L. Hunt, H.L. Hunt and Prosper Energy Corp. |
| 80/01/03 | CONDITIONAL TRANSFER ORDER FINAL TODAY-- (B-36) Patricia Anne Leonard, et al. v. Department of Energy, N.D. Tex., C.A. No. CA5-79-145 -- Notified involved clerks and judges. |
| 80/03/07   20 | RESPONSE TO ORDER TO SHOW CAUSE (re:  B-37 - Wiggins) -- Department of Energy w/cert of svc. |
| 80/03/07 | HEARING ORDER -- Setting the following action for hearing in Washington, D.C. on March 27, 1980 -- B-37 Wiggins Brothers, Inc., et al. v. Department of Energy, N.D. Texas, CA. No. CA5-79-144 -- Notified counsel and involved judges. |

378        In re The Department of Energy Stripper Well Exemption Litigation


80/03/07    21   RESPONSE TO ORDER TO SHOW CAUSE (re:  B-37 - Wiggins) --
                 Plaintiff Wiggins Brothers w/cert of svc.

80/04/02         ORDER DENYING TRANSFER -- B-37 Wiggins Brothers, Inc., et al.
                 v. Department of Energy, N.D. Texas, CA. No. CA5-79-144 --
                 Notified counsel, clerks, and judges.

80/04/02         ORDER DENYING TRANSFER -- B-37 Wiggins Brothers, Inc., et al.
                 v. Department of Energy, N.D. Texas, CA. No. CA5-79-144 --
                 Notified counsel, clerks, and judges.

80/04/23         CONDITIONAL TRANSFER ORDER FILED TODAY (B-39) Kirkwood Oil &
                 Gas Co. v. Department of Energy, et al., D. Colo., C.A. No.
                 80-415  -- Notified counsel, involved judges.

80/05/09         CONDITIONAL TRANSFER ORDER FINAL TODAY (B-39) Kirkwood Oil &
                 Gas Co. v. Department of Energy, et al., D. Colo., C.A. No.
                 80-415  -- Notified involved Clerks and judges

80/05/09    22   JOINT MOTION FOR REMAND -- Plaintiffs Prosper Energy Corp,
                 Ray L. Hunt, Independent Executor of the Estate of H. L.
                 Hunt, for remand of certain issues in the consolidated
                 transferred actions (A-15) and A-18) w/SUPPORTING BRIEF and
                 cert. of svc.

80/05/13    23   MOTION TO REMAND -- State of Texas -- for remand of certain
                 claims in A-14 w/SUPPORTING BRIEF and cert. of svc.

80/05/23         HEARING ORDER -- Setting the motions of plaintiffs
                 or remand of certain issues in the following actions to the
                 transferor courts (A-14) Exxon Corp. v. Dept. of Energy, et
                 al., D. Kans., 79-1320; (A-17) Ray L. Hunt, etc. v. Dept. of
                 Energy, et al., D. Kans., 9-1324; (A-18) Prosper Energy Corp.
                 v. Dept. of Energy, et al., D.Kans, 79-1323 -- Set for
                 Hearing on June 26, 1980 in Boston, Mass.

80/05/27    24   RESPONSE TO (Pldgs. #'s 22 and 23) -- Defendants w/cert. of
                 svc.

80/07/08         REMAND ORDER -- Remanding claims relating to shut-in well
                 claims under Ruling 1974-29 and Ruling 1975-12 in following
                 actions:  (A-14) Exxon Corp. v. Dept. of Energy, et al., D.
                 Kans., 79-1320; (A-17) Ray L. Hunt, etc. v. Dept. of Energy,
                 et al., D. Kans., 9-1324; (A-18) Prosper Energy Corp. v.
                 Dept. of Energy, et al., D.Kans, 79-1323 -- Notified
                 transferee clerk, transferor clerks and involved judges.

JPML FORM 1A

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 80/07/18 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-41) Petroleum Corp. of Texas v. United States Department of Energy, et al., N.D. Texas, C.A. No. CA3-80-513-G --Notified involved counsel, involved judges. |
| 80/08/05 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (C-41) Petroleum Corp. of Texas v. United States Department of Energy, et al., N.D. Texas, C.A. No. CA3-80-513-G --Notified involved clerks and involved judges. |
| 81/02/11 | | SUGGESTION OF REMAND from J. Theis, D. Kansas for A-15 and A-18. |
| 81/02/11 | | SUGGESTION OF REMAND from J. Theis, D. Kansas for A-14 |
| 81/02/11 | | CONDITIONAL REMAND ORDERS FILED TODAY (A-14) Exxon Corp. v. The Department of Energy, et al., D. Kans., 79-1320; (A-17) Ray L. Hunt, etc. v. Dept of Energy, et al., D. Kans., 9-1324; (A-18) Prosper Energy Corp. v. the Dept. of Energy, et al., D.Kans, 79-1323 -- Notified counsel and transferee judge. |
| 81/02/27 | | CONDITIONAL REMAND ORDERS FINAL TODAY (A-14) Exxon Corp. v. Dept. of Energy, et al., D. Kans., 79-1320; (A-17) Ray L. Hunt, etc. v. Dept. of Energy, et al., D. Kans., 9-1324; (A-18) Prosper Energy Corp. v. Dept. of Energy, et al., D.Kans, 79-1323 -- Notified transferee clerk, transferor clerk and transferee judge. |
| 85/06/10 | | HEARING ORDER -- Setting motion of Philadelphia Electric Co., National Freight, Inc., RJG Cab Inc., Geraldine H. Sweeney and Gasoline Retailers for transfer of C-42 Diamond Shamrock Refining & Marketing Co. v. Standard Oil Co., et al. S.D. Ohio, C.A. No. C2-84-1432 to the D. Kansas. |
| 85/07/10 | | WAIVERS OF ORAL ARGUMENT -- July 11, 1985 Hearing, Boston, Mass. |
| 85/05/23 | 25 | MOTION -- Philadelphia Electric Company, National Freight, Inc., RJG Cab Inc., Geraldine H. Sweeney and Gasoline Retailers to transfer Diamond Shamrock Refining, et al. v. Standard Oil Company, et al., C.A. No. C2-84-1432 (S.D. Ohio) to the District of Kansas -- w/cert. of svc. (rh) |

AL FORM

378      In re The Departement of Energy Stripper Well Exemption Litigation

85/06/07   26   REQUEST FOR EXTENSION OF TIME -- Mobile Oil Corp. -- GRANTED
                to and including June 13, 1985 to Mobile Oil Corp.  Notified
                involved counsel.  (ds)

85/06/07   27   RESPONSE -- Standard Oil Co. and Amoco Production Co. w/cert.
                of svc. (ds)

85/06/10   28   RESPONSE, APPENDIX, ATTACHMENTS A-F -- Department of Energy
                -- w/cert. of service  (cds)

85/06/10   29   RESPONSE -- States of Alabama, California, Connecticut,
                Idaho, Indiana, Maryland, Michigan, Mississippi, Montana,
                Ohio, South Dakota, Vermont, Wisconsin, and Wyoming --
                w/cert. of service  (cds)

85/06/14   30   JOINT RESPONSE -- Mobil Oil Corp., Conoco, Inc., Diamond
                Shamrock Refining and Marketing Co., cities Service Oil and
                Gas Corp., Phillips Petroleum Corp., Gulf Oil Corp. and
                Scurlock Oil Co. w/cert. of svc.  (ds)

85/06/20   31   REPLY -- State Intervenor (State of Alabama) w/cert. of svc.
                (ds)

85/06/24   32   REPLY MEMORANDUM -- Philadelphia Electric Co., National
                Freight, Inc., RJG Cab Inc., Geraldine H. Sweeney and
                Gasoline Retailers w/cert. of svc.  (ds)

85/07/01   33   MOTION/BRIEF TO STRIKE REQUESTS BY NON-PARTIES FOR ORAL
                ARGUMENT -- Department of Energy -- w/cert. of service  (cds)

85/07/05   34   REPLY (to pldg. #33) -- Philadelphia Electric Co., National
                Freight, Inc., RJG Cab Inc., Geraldine H. Sweeney and
                Gasoline Retailers -- w/cert. of service  (cds)

85/07/09   35   RESPONSE (to pldg. #33) -- Certain State Intervenors (States
                of Alabama, California, Connecticut, Idaho, Indiana,
                Maryland, Michigan, Mississippi, Montana, Ohio, South Dakota,
                Vermont, Wisconsin, and Wyoming -- w/cert. of service and
                attachment (cds)

85/07/30        ORDER DENYING TRANSFER -- Order denies transfer of D-42)
                pursuant to 28 U.S.C. [1407.  Diamond Shamrock Refining, et
                al. v. Standard Oil Company, et al.  S. Ohio, C2 84-1432.
                Notified involved judges, clerks and hearing clerk. (paa)

*8*

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| | | THIS DOCKET RECONSTRUCTED BY ROSE E. WASHINGTON ON JULY 22, 1988 PRIOR TO FOLLOWING ENTRY. |
| 88/07/13 | 36 | MOTION/MEMORANDUM, SCHEDULE OF ACTIONS -- Filed by The States of Hawaii, Illinois, Kansas, Nebraska, Nevada, North Carolina, Guam, Virgin Islands, Delaware, Iowa, Louisiana, North Dakota, Rhode Island, West Virginia, Alabama, California, Connecticut, Idaho, Indiana, Maryland, Michigan, Mississippi, Montana, Ohio, South Dakota, Vermont, Wisconsin, Wyoming, Oregon and Pennsylvania -- Consolidated Edison Co., et al., District of Columbia, C.A. No. 87-2717 and Consolidated Edison Co., et al., District of Columbia, C.A. No. 88-0911 -- w/cert. of svc. (rh) |
| 88/07/22 | 37 | LETTER -- Signed by Philip P. Kalodner counsel for Consolidated Edison Co.  (re:  Service on pldg. #36) -- w/cert. of svc. (rh) |
| 88/08/02 | 38 | RESPONSE, BRIEF (to pldg. #36) -- pltfs. Consolidated Edison Co., et al. -- w/cert. of service  (cds) |
| 88/08/03 | 39 | RESPONSE (to pldg. #36) -- Department of Energy -- w/cert. of service  (cds) |
| 88/08/09 | | SUPPLEMENTAL CERT. OF SVC. TO PLDG. #36 -- Attached to pldg. #36 (rh) |
| 88/08/10 | 40 | LETTER (re pldg. #36) W/COPY OF MASTER DOCKET SHEETS FROM DISTRICT OF KANSAS -- signed by Andrew P. Miller, counsel for Moving States  -- w/cert. of service  (cdsP |
| 88/08/11 | 41 | REQUEST FOR EXTENSION OF TIME FOR FILING REPLY -- Moving states -- GRANTED TO AND INCLUDING AUGUST 22, 1988  (cds) |
| 88/08/17 | | HEARING ORDER -- setting Motion to transfers for Panel hearing on September 29, 1988, Wash., D.C. (ds) |
| 88/08/22 | 42 | REPLY -- Moving States -- w/Exhibit and cert. of service (cds) |

8.9

378        In re the Department of Energy Stripper Well Exemption Litigation

88/09/29        HEARING APPEARANCES:  ANDREW P. MILLER, ESQ. for The States
                of Alabama, California, Connecticut, Delaware, Hawaii, Idaho,
                Illinois, Indiana, Iowa, Kansas, Louisiana, Maryland,
                Michigan, Mississippi, Montana, Nebraska, Nevada, North
                Carolina, North Dakota, Ohio, Oregon, Pennsylvania, Rhode
                Island, South Dakota, Vermont, West Virginia, Wisconsin,
                Wyoming, Guam and Virgin Islands; PHILIP P. KALODNER, ESQ.
                for Consolidated Edision Co., et al. and STEPHEN C. SKUBEL,
                ESQ. for John S. Herrington, et al. (hearing on 9/29/88 in
                Wash., D.C.) (rh)

88/10/05        ORDER DENYING TRANSFER OF TAG-ALONG ACTIONS -- E-43
                Consolidated Edison Co., et al. v. John S. Herrington, et
                al., D.D.C., C.A. No. 87-2717 and E- 44 Consolidated Edison
                Co., et al. v. John S. Herrington, D.D.C., C.A. No. 88-0911
                -- Notified involved judge, clerk, counsel and misc.
                recipients. (ds)

JPML Form 1

Revised: 8/78

DOCKET NO. 378 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE DEPARTMENT OF ENERGY STRIPPER WELL EXEMPTION LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates 3/23/79 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | June 29, 1979 | PC | 472 F. Supp. 1282 | D.Kansas | Frank G. Theis | |

### Special Transferee Information

DATE CLOSED: _2/6/81_

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 378 -- In re The Department of Energy  Stripper well Exemption Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Union Oil Company of California v. The Dept. of Energy, et al. | Cal.,C. Pregerson | 78-1487-HP | 6/29/79 | 79-1318 | | |
| A-2 | Coastal States Gas Corp., et al. v. The Dept. of Energy, et al. | Del. | 78-133 | 6/29/79 | 79-1319 | | |
| A-3 | Braden-Zenith, Inc., et al. v. The Federal Energy Adm., et al. | Kan. Theis | 76-429-C6 | | | | |
| A-4 | Sierra Petroleum Co., et al. v. The Federal Energy Adm., et al. | Kan. Theis | 77-1087 | | | | |
| A-5 | Energy Reserves Group, Inc., et al. v. The Federal Energy Adm., et al. | Kan. Theis | 77-1146 | | | | |
| A-6 | Mobil Oil Corp., et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1070 | | | | |
| A-7 | Robert Johnson, et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1140 | | | | |
| A-8 | Cities Service Co., et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1145 | | | | |
| A-9 | Stelbar Oil Corp., et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1176 | | | | |

DOCKET NO. 378 -- In re The Department of Energy Stripper Well Exemption Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | Robert Dale Bradenburg, et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1230 | | | | |
| A-11 | George W. Waite, et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1357 | | | | |
| A-12 | Otis Peavey, et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1410 | | | | |
| A-13 | Exxon Corp. v. The Dept. of Energy, et al. | Kan. Theis | 78-1410 | | | | |
| A-14 | Exxon Corp. v. The Dept. of Energy, et al. | Tex., N. | CA3-78-0244-W | 6/29/79 | 79-1320 | 2/27/81 R | |
| A-15 | Roy L. Hunt, etc. v. The Dept. of Energy, et al. | Tex., N. | CA3-78-1487-W | 6/29/79 | 79-1324 | 2/27/81 R | |
| A-16 | Continental Oil Co. v. The Dept. of Energy, et al. | Tex., N. | CA3-78-0321-W | 6/29/79 | 79-1321 | | |
| A-17 | Hunt Oil Co. v. The Dept. of Energy, et al. | Tex., N. | CA3-78-0325-W | 6/29/79 | 79-1322 | | |
| A-18 | Prosper Energy Corp. v. The Dept. of Energy, et al. | Tex., N. | CA3-78-0651-W | 6/29/79 | 79-1323 | 2/27/81 R | |
| A-19 | Crystal Oil Co., et al. v. The Dept. of Energy, et al. | Tex., N. | CA3-79-0059-F | 6/29/79 | 79-1325 | | |

JBML FORM 1 -- Continuation ⊕

Listing of Involved Actions -- p. *3*

DOCKET NO. 378 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-20 | George R. Jones, et al. v. The Dept. of Energy, et al. | Kan. Theis | 78-1235 | | | | |
| XYZ-21 | Petroleum Management, Inc. v. Dept. of Energy | Kan. Theis | 78-1509 | | | | |
| XYZ-22 | W.R. Murfin, et al. v. The Dept. of Energy | Kan. Theis | 79-1258 | | | | |
| XYZ-23 | Atlantic Richfield Co. v. The Dept. of Energy | Kan. | 79-1204 | | | | |
| B-24 | Phillips Petroleum Co. v. The Dept. of Energy 7/12/79 *Opposed* | Del. Stapleton | 78-371 | | | | *CTO Vacated 10/1/79* |
| B-25 | Muskegon Development Co. v. The Dept. of Energy 7/12/79 | Mich.,E. Harvey | 78-10098 | 7/30/79 | 79-1384 | | |
| B-26 | Oklahoma Assn. of Energy Consumers and Producers v. The Dept. of Energy 7/12/79 | Okla.,N. Cook | 77-C-108-C | 7/30/79 | 79-1385 | | |
| B-27 | Paul B. Fletcher, Sr., et al. v. The Dept. of Energy 7/12/79 | Tex.,N. Taylor | CA3-79-0176 | 7/30/79 | 79-1386 | | |
| B-28 | Aminoil USA, Inc. v. v. The Dept. of Energy 7/12/79 | Tex.,S. Blacl | H-78-1702 | 7/30/79 | 79-1387 | | |
| B-29 | IU International Oil & Gas, Inc. v. The Dept. of Energy 7/12/79 | Okla.,E. Cook | 78-125-C | 7/30/79 | 79-1388 | | |

DOCKET NO. 378 -- In re The Department of Energy Stripper Well Exemption Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-30 | Wook Oil Co., et al. v. The Dept. of Energy 7/12/79 | Okla.,N. Cook | 79-0114-C | 7/30/79 | 79-1389 | | |
| B-31 | Will I. Lewis Enterprises, Inc. v. The Dept. of Energy | Ill.,E. | 78-2004 | 8/16/79 | 79-1416 | | |
| B-32 | Energy Consumers and Producers Assn., Inc. v. The Dept. of Energy, et al. 9/14/79 2 Applied 10/2/79 | Okla.,E. Cook | 78-20-C | CTO Vacated → | | | |
| B-33 | Jimmie Austin, etc. v. The Dept. of Energy 9/14/79 | Okla.,E. Cook | 79-67 | 10/2/79 | 79-1537 | | |
| B-34 | Santa Fe Energy Co. v. The Dept. of Energy, et al. 10/29/79 | Tex.,N. Porter | CA3-79-1247-F | 11/14/79 | 79-1638 | | |
| B-35 | George G. Anderman, et al. v. The Dept. of Energy, et al. 11/21/79 | Colo Winner | 79-1490 | 12/7/79 | 79-1667 | | |
| B-36 | Patricia Anne Leonard et al. v. The Dept. of Energy 12/14/79 | Tex.,N. Woodward | CA5-79-145 | 1/3/80 | 80-1012 | | |
| B-37 | Wiggins Brothers, Inc., et al. v. The Dept. of Energy, et al. OSC 2/21/80 | Tex.,N. Woodward | CA5-79-144 | denied → | | | 4/2/80 |
| B-38 | Farmers Petroleum Cooperative, Inc. v. The Dept. of Energy, et al. 2/21/80 | Mich.,W. Gibson | G80-72-CA5 | 3/10/80 | 80-1170 | | |
| B-39 | Kirkwood Oil & Gas Co. v. The Dept. of Energy, et al. 4/29/80 | Colo. Carrigan | 80-415 | 5/9/80 | 80-1347 | | |

JBML FORM 1 -- Continuation ®

DOCKET NO. 378 -- In re The Department of Energy Stripper Well Exemption Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-40 | Robert E. Davis, et al. v. The Dept. of Energy | Kan. Theis | 77-1456 | | | | |
| C-41 | Petroleum Corp. of Texas v. The Dept. of Energy, et al. 7/18/80 | Tex.,N. Higginbotham | CAA3-80-513-G | 8/5/80 | 80-1870 | | |
| D-42 | Diamond Shamrock Refining & Marketing Co. v. Standard Oil Co., et al. | Ohio,S. | C-2-84-1432 | -------- | ------------ | -------Order Denying Filed 7/30/85 - |
| E-43 | CASE LISTING RECONSTRUCTED BY ROSE E. WASHINGTON ON JULY 22, 1988 Consolidated Edison Co., et al. v. John S. Herrington, et al. | D.C. Greene | 87-2717 | Not | Count | Transfer Denied 12/5/88 |
| E-44 | Consolidated Edison Co., et al. v. John S. Herrington, et al. | D.C. Greene | 88-0911 | Do Not | Count | Transfer Denied 12/5/88 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 378   -- In re The Department of Energy Stripper Well Exemption Litigation

CONSOLIDATED EDISON CO., ET AL. (D-42 AND
D-43) (Appearance Received)
Philip P. Kalodner, Esquire
1000 Ten Penn Center
Philadelphia, PA 19103

ATTORNEY FOR STATES MOVING FOR TRANSFER (D-42
AND D-43) (Appearance Received)
Andrew P. Miller, Esquire
Dickstein, Shapiro & Morin
2101 L. Street, N.W.
Washington, D. C. 20037

JOHN S. HERRINGTON, ET AL. DEFENDANTS D-42
AND D-43) (Appearance Received)
Stephen C. Skubel, Esquire
Office of the General Counsel
U.S. Department of Energy
1000 Independence Avenue, S.W.
Room 6H-065
Washington, D.C. 20585

The following is a listing of counsel
received from the District of Kansas
Clerk's Office (DOE previously listed)
Marcia K. Sowles, Esquire
Department of Energy
Office of the Gneral Counsel
1000 Independence Avenue, S.W.
Room 6HO25
Washington, D. C. 20585

James M. Shannon
Attorney General
George B. Dean
Assistant Attorney General
One Ashburton Place
Boston, Massachusetts 02128

Dave Frohnmayer
Attorney General
Donal C. Arnold,
Chief Counsel
Department of Justice
100 Justice Building
Salem, Oregon 97310

John Van de Kamp
Attorney General
Yeoryiuos C. Appallas
Deputy Attorney General
6000 State Building
350 McAllister St.
San Francisco, CA 94102

Bernard Nash, Esquire
Edward G. Modell, Esquire
2101 L Street, N.W.
8th Floor
Washington, D.C. 20037

James F. Flug, Esquire
Paula Dinerstein
Lobel, Novins, Lamont & Flug
1275 K Street, N.W.
Washington, D.C. 20005

Andrew P. Miller, Esquire      Previously
J. Bradley Ortins, Esquire     listed)
Dickstein, Shapiro & Morin
2101 L Street, N.W., Suite 800
Washington, D.C. 20037

Joseph W. Kennedy, Esquire
Morris, Laing, Evans, Brock & Kennedy
200 West Douglas Suite 430
Wichita, Kansas 67202

Bruce McLean, Esquire
Akin, Gump, Strauss, Mauer & Feld
1333 New Hampshire Ave., N.W. Suite 400
Washington, D.C. 20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. ___378___ -- In re the Department of Energy Stripper Well Exemption Litigation

Keneth Bachman, Esquire
Eugene Goott, Esquire
Cleary, Gottleib, Steen & Hamilton
1752 N. Street, N.W.
Washington, D.C. 20036

Stephan Bard, Esquire
Texaco, Inc.
2000 Westchester Ave.
White Plains, N.Y. 10650

William Streets, Esquire
Mobil Oil Co.
3225 Gallows Road
Fairfax, VA 22037

Robert Bassman, Esquire
Douglas Mitchell, Esquire
Bassman, Mitchell & Alfano
1701 H Street, N.W., Suite 1000
Washington, D.C. 20006

Jerry Cohen, Esquire
Patricia Bak, Esquire
Cohen, Milstein & Hausfeld
1401 New York, Ave., N.W., Suite 600
Washington, D.C. 20005

Philip P. Kalodner, Esquire (Listed
208 Righters Mill Road        Previously)
Gladwyne, Pennsylvania 19035

Harold E. Kohn, Esquire
Joseph C. Kohn, Esquire
Kohn, Savett, Klein & Graf
2400 One Reading Center
1101 Market Street
Philadelphia, Pa. 19107

Thomas A. Stout, Jr., Esquire
Vinson & Elkins
1455 Pennsylvania Ave., N.W.
Washington, D. C. 20004

W. Clary Edwards
Attorney General
Claude E. Salomon
Deputy Attorney General
1100 Raymond Boulevard
Newark, NJ 07102

Milo Unruh, Jr., Esq.
330 R.H. Garvey Building
300 West Douglas
Wichita, Kansas 67202

Thomas D. Kitch, Esquire
P.O. Box 997
Wichita, Kansas 67201-0997

Steve Clark
Attorney General
Mary B. Stallcup
Deputy Attorney General
201 East Markham, Suite 450
Little Rock, Arkansas 72201

Neil F. Hartigan
Attorney General
Jin Wine-Banks
Deputy Attorney General
100 West Randolph St., 12 th Floor
Chicago, Il 60601